# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALEXANDER OCASIO, | ) | 3:08-CV-0441-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 14, 2009 |
| | ) | |
| E.K. MCDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      Defendants have filed a Motion for Leave to Depose Incarcerated Person (Doc. #27). Good cause appearing,

      Defendants' Motion for Leave to Depose Incarcerated Person (Doc. #27) is **GRANTED** and Defendants can depose Plaintiff either in person or by telephone. Defendants shall provide Plaintiff a copy of the deposition transcript at Defendants' expense.

      **IT IS SO ORDERED.**

      LANCE S. WILSON, CLERK

      By:  /s/
           Deputy Clerk