# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALEXANDER OCASIO, | ) | 3:08-CV-0441-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 6, 2010 |
| | ) | |
| E.K. MCDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Response to Defendants' Notice to the Court; Request for Imposition of Sanctions; Motion for Enlargement of Time (Doc. #94).

Plaintiff's Response to Defendants' Notice to the Court and Request for Imposition of Sanctions is **DENIED**. Defendants' Notice to the Court (Doc. #93) substantially complies with the court's order and is sufficient for the record in this case.

Plaintiff's Motion for Enlargement of Time is **GRANTED** to the extent that Plaintiff shall have until **June 7, 2010**, to file his response to the Motion for Summary Judgment (Doc. #68). Defendants shall reply in the normally allotted time. **THERE SHALL BE NO FURTHER EXTENSIONS GRANTED IN THIS CASE.**

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  /s/
      Deputy Clerk